**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter    11

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | 7215 N Oakley, LLC |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 20-3473830 |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** 30 Coventry Road Northfield, IL 60093 Number, Street, City, State & ZIP Code Cook County | **Mailing address, if different from principal place of business** P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Debtor  7215 N Oakley, LLC
Name                                                                Case number (*if known*)

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

\_\_\_\_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District \_\_\_\_    When \_\_\_\_    Case number \_\_\_\_
District \_\_\_\_    When \_\_\_\_    Case number \_\_\_\_

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor \_\_\_\_    Relationship \_\_\_\_
District \_\_\_\_    When \_\_\_\_    Case number, if known \_\_\_\_

Debtor  7215 N Oakley, LLC   Case number (*if known*)
Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes.   Insurance agency _____
    Contact name _____
    Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  7215 N Oakley, LLC
_____    _____
Name                                          Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   March 14, 2018
              MM / DD / YYYY

**X** /s/ Nick Stein                                    Nick Stein
Signature of authorized representative of debtor         Printed name

Title   Manager of 7215 N Oakley, LLC

**18. Signature of attorney**

**X** /s/ Robert W. Glantz                              Date  March 14, 2018
Signature of attorney for debtor                              MM / DD / YYYY

Robert W. Glantz 6201207
Printed name

Shaw Fishman Glantz & Towbin LLC
Firm name

321 N. Clark Street
Suite 800
Chicago, IL 60654
Number, Street, City, State & ZIP Code

Contact phone  312-541-0151       Email address  _____

6201207 IL
Bar number and State

**Fill in this information to identify the case:**

Debtor name: 7215 N Oakley, LLC

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.**  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  March 14, 2018          **X** /s/ Nick Stein
                                     Signature of individual signing on behalf of debtor

                                     Nick Stein
                                     Printed name

                                     Manager of 7215 N Oakley, LLC
                                     Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | 7215 N Oakley, LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders        12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Jim Jennings 1220 Oakwood Glenview, IL 60026 | Jim Jennings | loan | | | | $100,000.00 |
| Boros Plumbing 3638 W. Oakton Skokie, IL 60076 | Boro Nedenic 847-677-6900 | trade debt | | | | $37,703.34 |
| Homemaker's Supply 971 N. Milwaukee Rd. Wheeling, IL 60090 | Royce Williamson 847-229-7900 | trade debt | | | | $35,314.26 |
| Fort Poli Millwork/Beatty Lumber 10203 191st St. Mokena, IL 60448 | Ron Hayes 708-479-4394 | trade debt | | | | $31,655.18 |
| Delta Electric 1945 Riverwoods Rd. Lincolnshire, IL 60069 | Wes Dumin 847-945-3036 | trade debt | | | | $28,000.00 |
| Pro Masonry Builders 9 Arcadia Ct. Streamwood, IL 60107 | Marcin Mrugala 630-855-0905 | trade debt | | | | $23,000.00 |
| Soukup Plumbing 330 N. Villa Av. Villa Park, IL 60181 | Steven Soukup 630-833-6336 | trade debt | | | | $14,901.50 |
| Trim 4 You 10139 W. Hartford Ct. Schiller Park, IL 60176 | Tom Damian 708-623-4826 | trade debt | | | | $8,184.87 |
| City of Chicago Department of Water PO Box 6330 Chicago, IL 60680 | | service | | | | $7,829.60 |

Debtor   **7215 N Oakley, LLC**
         Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Mendez Painting  230 W. North Av., Suite 6  Chicago, IL 60610 | Antonio Mendez  312-642-8505 | trade debt | | | | $6,785.45 |
| Burnham Nationwide, Inc  111 W. Washington, 4th Floor  Chicago, IL 60602 | | fees | | | | $6,771.00 |
| Peoples Energy  Bankruptcy Dept.  200 E Randolph, 17th Floor  Chicago, IL 60601 | | service | | | | $6,426.74 |
| ADT Security Services, Inc.  1 Town Center Road  Boca Raton, FL 33486 | | service | | | | $5,680.80 |
| Com Ed  Bankruptcy Section  3 Lincoln Center  Oak Brook Terrace, IL 60181 | | service | | | | $2,482.84 |
| Bad Weather Inc  1427 W. Dickens Av.  Chicago, IL 60614 | | service | | | | $1,760.00 |
| Monotronics  1990 WIttington PL  Dallas, TX  75234-1904 | | service | | | | $359.84 |

# United States Bankruptcy Court
### Northern District of Illinois

In re: 7215 N Oakley, LLC  
Debtor(s)

Case No.  
Chapter 11

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: 31

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: March 14, 2018

/s/ Nick Stein  
Nick Stein/Manager of 7215 N Oakley, LLC  
Signer/Title

ADT Security Services, Inc.
1 Town Center Road
Boca Raton, FL 33486


Bad Weather Inc
1427 W. Dickens Av.
Chicago, IL 60614


Boros Plumbing
3638 W. Oakton
Skokie, IL 60076


Burnham Nationwide, Inc
111 W. Washington, 4th Floor
Chicago, IL 60602


Charles Siragusa, Receiver
134 N. LaSalle St #1050
Chicago, IL 60602


City of Chicago Department of Water
PO Box 6330
Chicago, IL 60680


City of Chicago Dept of Water
333 S State St.
Chicago, IL 60604


Com Ed
Bankruptcy Section
3 Lincoln Center
Oak Brook Terrace, IL 60181


Delta Electric
1945 Riverwoods Rd.
Lincolnshire, IL 60069


Ernest Schilling
c/o Thomas J Tartaglia
7819 W Lawrence AVe
Norridge, IL 60706


Fort Poli Millwork/Beatty Lumber
10203 191st St.
Mokena, IL 60448

```
George Schilling
c/o Thomas J Tartaglia
7819 W Lawrence Ave
Norridge, IL 60706


Holly L. Carto
Latimer LeVay Gyock LLC
55 W Monroe St #1100
Chicago, IL 60603


Homemaker's Supply
971 N. Milwaukee Rd.
Wheeling, IL 60090


Jim Jennings
1220 Oakwood
Glenview, IL 60026


John Schilling
c/o Thomas J. Tartaglia
7819 W Lawrence Ave
Norridge, IL 60706


Mendez Painting
230 W. North Av., Suite 6
Chicago, IL 60610


Mike Zucker
Peak Properties
2815 W Roscoe
Chicago, IL 60618


Monotronics
1990 WIttington Pl
Dallas, TX 75234-1904


MRR 7215 Oakley LLC
55 E Jackson #500
Chicago, IL 60604


Nick & Colleen Stein
30 Coventry Road
Northfield, IL 60093
```

Nick Stein Associates
30 Coventry Road
Northfield, IL 60093


NorthSide Community Bank
c/o Kalchein Haber, LLP
1345 N LaSalle St #2100
Chicago, IL 60602


Orchard Construction
30 Coventry Road
Northfield, IL 60093


Peoples Energy
Bankruptcy Dept.
200 E Randolph, 17th Floor
Chicago, IL 60601


Peter Stamatis
1 East Wacker Dr # 2350
Chicago, IL 60601


Pro Masonry Builders
9 Arcadia Ct.
Streamwood, IL 60107


Samuel J. Schumer
Meltzer Purtill & Steele LLC
300 S Wacker Dr #3500
Chicago, IL 60606


Soukup Plumbing
330 N. Villa Av.
Villa Park, IL 60181


Thomas J. Tartaglia
7819 W Lawrence Ave
Norridge, IL 60706


Trim 4 You
10139 W. Hartford Ct.
Schiller Park, IL 60176